## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| WordLogic Corporation, et al., | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 16 C 11714 |
| | ) | |
| vs. | ) | Judge Joan H. Lefkow |
| | ) | |
| Fleksy, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Status hearing held on November 28, 2017. Motion hearing held on November 28, 2017. Defendant's motion to reconsider defendant's previously denied motion to dismiss for improper venue [31] is granted. Denial of the motion is vacated and defendant's motion to dismiss for improper venue [22] is granted. This case is hereby transferred to the United States District Court for the Northern District of California. Civil case terminated.

(0:06)

Date: November 28, 2017

_____
U.S. District Judge Joan H. Lefkow